# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0630
_____

EDWARD JAMES THOMAS JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

December 4, 2025

PER CURIAM.

AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____

Edward James Thomas Jr., pro se, Appellant.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.